1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN M. HANSEN<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br>Defendants. | CASE NO : 5:17-cv-00549-MRW<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Michael R. Wilner |

-1-
[PROPOSED ORDER] GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 1, 2020

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE